IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CAITLIN FARLOW,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MARK CABE and LISA BURKS,** ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 5:12-CV-113 (MTT) |

## ORDER

This matter is before the Court on the Defendants' Joint Motion to Stay Discovery. (Doc. 11). The Defendants separately have filed Motions to Dismiss. (Docs. 7, 10). The Court has reviewed the Motions to Dismiss, and does not find sufficient grounds to stay discovery. Accordingly, the Joint Motion to Stay Discovery is **DENIED**. The Parties are to submit a Proposed Scheduling and Discovery Order by in accordance with the Court's Rules 16 and 26 Order. This Order does not affect the briefing schedules on the Motions to Dismiss.

**SO ORDERED**, this 21st day of June, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT